NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BARCO, N.V., BARCO, INC.,**
*Plaintiffs-Appellants*

**v.**

**EIZO CORPORATION, EIZO INC.,**
*Defendants-Appellees*

---

2017-2086

---

Appeal from the United States District Court for the Northern District of Georgia in No. 1:11-cv-02964-TCB, Judge Timothy C. Batten, Sr.

---

**JUDGMENT**

---

JEFFREY C. MORGAN, Barnes & Thornburg LLP, Atlanta, GA, argued for plaintiffs-appellants. Also represented by JEFFREY M. BARRON, Indianapolis, IN; L. RACHEL LERMAN, Los Angeles, CA.

Jared Weston Newton, Quinn Emanuel Urquhart & Sullivan, LLP, Washington, DC, argued for defendants-appellees. Also represented by RYAN SETH GOLDSTEIN, Los Angeles, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, CLEVENGER, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  April 3, 2018        /s/ Peter R. Marksteiner
         Date      Peter R. Marksteiner
     Clerk of Court